1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  3:23-mc-5000-BHS |
| Plaintiff, | (3:21-CR-5186-1) |
| vs. | |
| ABIDEMI RUFAI, | |
| Defendant/Judgment Debtor, | **Order to Issue a Writ of Continuing Garnishment** |
| and | |
| TD BANK, N.A., | |
| Garnishee. | |

19
20
21
22
23
24
25
26
27
28

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Abidemi Rufai, from TD Bank, N.A., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against TD Bank, N.A., whose address is TD Bank, N.A., Attn: Legal Department, 1701 Route 70 East, 1st Floor, Mailstop NJ5-011-103, Cherry Hill, NJ 08003.

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

DATED this 5th day of January, 2023

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_s/Kyle A. Forsyth_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail:  kyle.forsyth@usdoj.gov

**ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT**